UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11023-GAO

THE ALPHAS COMPANY, INC.,
Plaintiff,

v.

JERRY SHULMAN PRODUCE SHIPPER, INC.,
Defendant.

OPINION AND ORDER
November 26, 2013

O'TOOLE, D.J.

Pursuant to this Court's order on May 21, 2012 (dkt. no. 22), the defendant submitted his application for attorney's fees and costs (dkt. no. 23) related to opposing the appeal in this case. Having reviewed the defendant's submission, I find that the amounts are reasonable and therefore award the defendant $7,154.27 in attorney's fees and costs.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge